IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARREL CHARLES, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | CIVIL ACTION 3:15-cv-00217 |
| ANADARKO PETROLEUM CORPORATION, GULF ISLAND FABRICATION, INC. and DOLPHIN SERVICES, LLC | § § § § § § | Judge George C. Hanks |
| *Defendants.* | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Darrel Charles and Defendants Anadarko Petroleum Corporation, Gulf Island Fabrication, Inc., and Dolphin Services, LLC, (collectively the "Parties") have reached a settlement wherein it was agreed that the Plaintiff would dismiss with prejudice all of his claims against Defendants in the captioned matter. Each of the Parties has agreed to bear its own court costs and attorneys' fees. Accordingly, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the Parties stipulate to dismissal, with prejudice, of all claims in this matter.

1

60627.20330837

Respectfully submitted,

By:   /s/ *Christopher Lowrance*
     Christopher Lowrance
     Federal ID No. 15481
     State Bar No. 00784502
     Robert E. Spangler
     Federal ID No. 577714
     State Bar No. 24056356
     Frost Bank Plaza
     802 N. Carancahua, Suite 1300
     Corpus Christi, TX  78470
     Telephone:  (361) 884-8808
     Facsimile:  (361) 884-7261
     Email: chris.lowrance@roystonlaw.com
     **ATTORNEYS FOR DEFENDANTS,**
     **ANADARKO PETROLEUM CORPORATION,**
     **GULF ISLAND FABRICATION, INC. AND**
     **DOLPHIN SERVICES, LLC**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**

SPAGNOLETTI & CO.

By:   /s/ *Marcus R. Spagnoletti*
     Marcus R. Spagnoetti
     401 Louisiana St., 8th Floor
     Houston, TX  77002
     Tele: (713) 653-5600
     Cell: (713) 569-1187
     Email: marcus@spaglaw.com
     **ATTORNEY FOR PLAINTIFF, DARREL CHARLES**

60627.20330837

## CERTIFICATE OF SERVICE

I certify that on this the 1st day of March, 2018, a true and correct copy of the foregoing was served upon the following counsel by either E-Service, first class mail, certified mail, return receipt requested and/or via facsimile:

Marcus R. Spagnoletti
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, TX 77002
Email: marcus@spaglaw.com
***Counsel for Plaintiff,***
***Darrel Charles***

　　　　　　　　　　　　　　　　　　*/s/ Christopher Lowrance*
　　　　　　　　　　　　　　　　　　ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.